order by JOHNSTONE, JR., P. J. Argued March 18, 1975. *R. S. Trigg,* with him *Charles A. Achey, Jr.,* for appellant; *John Milton Ranck,* for appellees.

Order affirmed.

## Anderson, et ux. *v.* Skeras, et ux., Appellants.

Argued March 20, 1975. *Charles P. Dattola,* with him *Karl H. Strohl* and *Joseph P. Kane,* for appellants; *Edward M. Murphy,* for appellees.

Order affirmed.

## Arrell, et al. *v.* Garay, et al., Appellants.

 opinion by CATANIA, J. Argued March 21, 1975. *J. Joseph Herring, Jr.,* with him *Fronefield, deFuria & Petrikin,* for appellants; *John T. Mulligan,* with him *Thomas H. Tropp,* and *Lord & Mulligan,* for appellees.

Order affirmed.

## Borger et ux., Appellants, *v.* Falls Equipment Corp., et al.

 opinion by HIRSH, J. Argued March 24, 1975. *John R. Warner,* with him *Marshall, Dennehey & Warner,* for appellants; *Jonathan Wheeler,* with him *Frank and Margolis,* for appellees.

Order affirmed.